IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WESTERN-SOUTHERN LIFE
ASSURANCE COMPANY,**

    **Plaintiff,**

**v.**

**DAVID B. POWERS, CLARENCE L.
McCAY, NANCY EDWARDS AND
VERONICA BELAVICH, et al.,**

    **Defendants.**                             **Case No. 08-cv-426-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

    Before the Court is a Stipulation for Dismissal (Doc. 85), filed by the Parties remaining in this Interpleader suit,[1] in accordance with the terms of their Settlement Agreement and the Court's Amended 60-day Order (Doc. 84).

    The Court hereby **ACKNOWLEDGES** said Stipulation (Doc. 85) that this matter shall hereby be **DISMISSED WITH PREJUDICE**, each Party to bear their

---

[1] Defendant David Waldeck has been found to be in default for his failure to answer or otherwise appear in this matter and consequently, has been declared to be bound by any order, judgment or settlement entered in this case (*see* Minutes at doc. 68 and Final Decree of Interpleader at doc. 71, p. 3).

own costs and fees, and the case file closed.  Judgment to this effect shall enter accordingly.

        **IT IS SO ORDERED.**

        Signed this 2nd day of June, 2010.

/s/   David R Herndon

**Chief Judge**
**United States District Court**