IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WESTERN-SOUTHERN LIFE
ASSURANCE COMPANY,

    Plaintiff,

v.

DAVID B. POWERS, CLARENCE L.
McCAY, NANCY EDWARDS AND
VERONICA BELAVICH, et al,

    Defendants.                                Case No. 08-cv-426-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on November 23, 2009 (Doc. 71) and June 2, 2010 (Doc. 87) this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                         NANCY J. ROSENSTENGEL,
                                         CLERK OF COURT


                               BY:       /s/*Sandy Pannier*
                                             **Deputy Clerk**

Dated: June 4, 2010


APPROVED:  /s/ *David R Herndon*
                   CHIEF JUDGE
                   U. S. DISTRICT COURT